| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT Emergency Warrant Request** | | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 36799 | **DATE** 11/20/2019 |
|---|---|---|---|---|---|
| **NAME** GOSSMAN, Sean Paul | | **OFFICER** Corey D. Elder | **JUDGE** Robert H. Cleland | | **DOCKET #** 13-CR-20402-01 |

| **ORIGINAL SENTENCE DATE** 04/17/2014 **COMMENCED** 09/02/2019 **EXPIRATION** 09/01/2024 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** II | **TOTAL OFFENSE LEVEL** 30 | **PHOTO** |
|---|---|---|---|---|
| **ASST. U.S. ATTORNEY** Matthew A. Roth | | **DEFENDANT ATTORNEY** Rafael C. Villarruel | | |

**REPORT PURPOSE**

**EMERGENCY JUDICIAL RESPONSE REQUESTED**

**ORIGINAL OFFENSE**

Count 1:  18 U.S.C. §§ 2252A(a)(2) and 2252A(b)(1), Receipt of Child Pornography
Count 2: 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2), Possession of Child Pornography

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 84 months as to Count 1 and one day, time served as to Count 2 to run concurrent, to be followed by a five-year term of supervised release as to each count, to run concurrent with one another.

Modification: August 29, 2019, special condition added, "You will reside in a Residential Reentry Center (RRC) for up to 180 days to establish income and appropriate housing.  You must follow the rules and regulations of the center. Subsistence is waived."

Modification: November 18, 2019, special condition added, "You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). If necessary."

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall participate in a program approved by the probation department for substance abuse which program may include testing to determine if the defendant has reverted to the use of drugs or alcohol. If necessary.
2. The defendant shall successfully complete any sex offender diagnostic evaluations, treatment or counseling programs, and polygraph examinations as directed by the probation officer. Reports

| PROB 12C-2<br>(Rev. 08/18) | **VIOLATION REPORT Emergency Warrant Request** | **U. S. Probation Office**<br>Eastern District of Michigan | PACTS<br>36799 | DATE<br>11/20/2019 |
|---|---|---|---|---|
| **NAME**<br>GOSSMAN, Sean Paul | **OFFICER**<br>Corey D. Elder | **JUDGE**<br>Robert H. Cleland | | **DOCKET #**<br>13-CR-20402-01 |

    pertaining to sex offender assessments, treatment, and polygraph examinations shall be provided to the probation officer. Based on the defendant's ability to pay, the defendant shall pay the cost of diagnostic evaluations, treatment or counseling programs, and polygraph examinations in an amount determined by the Court and recommended by the probation officer.

3. The defendant shall not associate with minor children under the age of 18, except his own children. Any contact with a minor, other than defendant's own, must be in the presence of a responsible adult who is aware of the nature of defendant's background and current offense, and who has been approved by the probation officer. The defendant shall not frequent places where children congregate on a regular basis (such as but not limited to school grounds, playgrounds, child toy stores, video arcades, etc.).

4. The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he resides, works, is a student, or was convicted of a qualifying offense.

5. The defendant shall provide the probation officer with accurate information about all computer systems (hardware/software), all passwords, and Internet Service Provider(s) that have potential and/or reasonable access to and abide by all rules of the U.S. Probation Department's Computer Monitoring Program. The defendant shall only access a computer approved by the U.S. Probation Department. The defendant shall consent to the probation officer conducting periodic unannounced examinations of all computer systems, which may include computer monitoring software at the defendant's expense. For the purpose of accounting for all computers, hardware, software and accessories, the defendant shall submit his person, residence, computer and/or vehicle to a search conducted by the U.S. Probation Department at reasonable times and manners. Defendant shall inform any other residents that the premises and their computer may be subject to a search pursuant to this condition. The defendant shall provide the probation officer with access to any requested financial information including billing records (telephone, cable, Internet, satellite, etc.).

6. The defendant shall not purchase, sell, view, or possess images, in any form of media or live venue that depict pornography, sexually explicit conduct, child erotica, or child nudity. The defendant shall not patronize any place where such material or entertainment is available.

7. The defendant shall access the Internet only through one Internet-capable device. All other Internet-capable devices, such as cellular phones and gaming consoles, shall not have the Internet connected. The defendant is prohibited from accessing any online computer service at any location including, but not limited to, public libraries, Internet cafes, and places of employment or education without the permission of the probation officer.

    Criminal Monetary Penalty:  Special Assessment $200.00 ($175.00 balance).

The probation officer believes that the offender has violated the following condition of Supervised Release:

[ ] New Criminal Charges      [ ] Violent Conduct

[ X ] Whereabouts Unknown (Absconder)      [ ] Other

| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT** Emergency Warrant Request | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 36799 | **DATE** 11/20/2019 |
|---|---|---|---|---|
| **NAME** GOSSMAN, Sean Paul | **OFFICER** Corey D. Elder | **JUDGE** Robert H. Cleland | | **DOCKET #** 13-CR-20402-01 |

**Violation of Standard Condition No. 6**: "THE DEFENDANT SHALL NOTIFY THE PROBATION OFFICER AT LEAST TEN DAYS PRIOR TO ANY CHANGE IN RESIDENCE OR EMPLOYMENT."

On November 19, 2019, GOSSMAN left the Residential Reentry Center (RRC) for his scheduled therapy appointment, failed to return as scheduled, and is considered absconded.  The person under supervision never notified the probation department he was changing his residence.

**Violation of Special Condition**: "YOU WILL RESIDE IN A RESIDENTIAL REENTRY CENTER (RRC) FOR UP TO 180 DAYS TO ESTABLISH INCOME AND APPROPRIATE HOUSING.  YOU MUST FOLLOW THE RULES AND REGULATIONS OF THE CENTER. SUBSISTENCE IS WAIVED."

As a rule of the RRC, GOSSMAN was to abide by a predetermined schedule dictating when he could be away from the center.  On November 19, 2019, GOSSMAN left the RRC for his scheduled therapy appointment, and failed to return at the predetermined time, thus violating the rules of the RRC.  GOSSMAN is considered absconded.

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Corey D. Elder/djl 734-741-2051 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Ann R. Smith 734-741-2076 | **PROBATION ROUTING** Data Entry |

**RECOMMENDING TO THE COURT**

[ X ]    To issue a warrant

**Superseding Violation Report will follow**

| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT** Emergency **Warrant Request** | **U. S. Probation Office** Eastern District of Michigan | PACTS 36799 | DATE 11/20/2019 |
|---|---|---|---|---|
| **NAME** GOSSMAN, Sean Paul | | **OFFICER** Corey D. Elder | **JUDGE** Robert H. Cleland | **DOCKET #** 13-CR-20402-01 |

**THE COURT ORDERS:**

[xx ]   The issuance of a Warrant

[  ]   Other

                                                  s/Robert H. Cleland
                                                  United States District Judge

                                                  November 21, 2019
                                                  Date