UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                      Criminal Case No: 13-cr-20402
                        Hon. Robert H. Cleland

vs

SEAN PAUL GOSSMAN

        Defendant.
_____/
| MEGHAN BEAN | WANDA R. CAL P-34369 |
|---|---|
| Assistant U.S. Attorney | Attorney for Defendant Gossman |
| 211 W. Fort St, Ste 2001 | 1401 W. Fort St., #44473 |
| Detroit, Michigan 48226 | Detroit, Michigan 48244 |
| (313) 226-0221 | (313) 965-1210 |

_____/

**ORDER TO ALLOW JEFFREY WENDT, PhD TO ENTER
THE LIVINGSTON COUNTY JAIL TO PERFORM A
FORENSIC EXAMINATION OF SEAN PAUL GOSSMAN**

That upon review of an ex-parte motion by the defense counsel, WANDA R. CAL on behalf of the defendant, SEAN PAUL GOSSMAN and that a court order is required for the psychological evaluation to be conducted at the Livingston County Jail:

IT IS HEREBY ordered that JEFFREY WENDT, Ph.D shall be allowed entrance to the Livingston County Jail to perform a forensic psychological examination of the defendant SEAN PAUL GOSSMAN at any time when an attorney would be able to visit a defendant. IT IS SO ORDERED:

          S/Robert H. Cleland
          UNITED STATES ROBERT H. CLELAND

Dated: December 9, 2019