To The Not So Honorable, Decietfull Judge
"Cleland,"     13-20402

You had No Right or Business to act and Decide as you Did in my Prior Hearing in Port Huron, if you think that im going to give up your sadly mistake, a violation in courts unlawful eyes (perceive)(perception) is not interpreting your own laws (you see quite Just. it is of and only deals with such oh an offense by who or is in fact a criminal this includes force, intent to maim, a life or property and a right "vice versa" and this sadly is Just this Breach of law, Right, Duty, injury, Rape.

This clearly is in context (civil law) on a free persons life to harm with intent (criminal law) or injury to life, person, or property. thats plain truth in context, thats just common sense, im its life of...

About i presented a breakdown of a violation, clearly i didn't harm a soul, injure, and break a law, violate a right, or rape anyone.

You clearly don't know the proper contexted definition and o
Real law is tyrant!
you by analyzing and construing the facts on a alledged viol is law, Not inserting irrelevance oh "a violation clearly aforemention Police report, hospital summary, and false report, will not be inse into my argument this is a seperate controversy.

Which is of course a violation, Just a violation there is no fact or resource in criminal law on Supervised Release But the Definition on Criminal law an encroachment, trespassing, theft and robbery and or murder and assault, and misuse to law of commerce No where shows im a criminal that is violent, Dangerous, evil, or a threat to you or to the public? there isnt.

i only have 1 misdemeanor that now can be expunged in any records, my prior offense Does not count Why Because of unjust, wrong, improper Decisions on title (18) Distribution i was convicted of Reciept and Possession of Distribution without the evidence.

are you saying you dont know common sense? Here! let me show you Base Offense Distribution (A) (B) Specific offense (Characteristic offense) (extra illegal activity.

i was only convicted of Reciept and Possession without its Base (foundation) what makes a law!

Obviously this is very unconstitutional!

Clearly im competent and you are Not. tyrant!

28. By Judicial or Courts

Courts have no power to inquire into propriety and wisdom of acts of congress with wisdom of policy adopted, or adequacy or practicability of law enacted to found it. Courts are both incompetent and unauthorized to Deal.

Courts cannot go behind act of congress to show motive of act.

Courts are without power to construe statute contrary to it's plain meaning.

It i knew this, had knowledge of it's Base i would've Defeated this Prior Conviction.

Now who looks and is incompetent. You Dishonored. (Defined)

Separation of Powers. Division of authority between the various Branches of Government, one Branch of Government is not permitted to impose on the Duties of another, the Judiciary is not permitted to legislate and enact laws, which is (on) the Domain of the legislature.

Original Offense                    Base→ Base Distribution
Count 1: 18 U.S.C. §§ 2252A(a)(a) and 2252A(B)(1) Receipt of Child Pornography
Count 2: 18 U.S.C. §§ 2252A(a)(B) and 2252A(B)(2)) Possession of Child Pornography

i, Sean Gossman am motioning for an Appeal on unjust actions prior to coercement, on Not a Realistic Violation, and a Sex offense of No Foundation!

i Sean Gossman Withdraw my No Contest Plea on facts and law by -

1. The U.S. Constitution, Dictionary terms, and Definitions; by law library (Midland County.)

2. The plainly understood common sense on what is law and its context that Court Refuses to understand, or comprehend.

3. Facts on Judges Not making law, or interpret.

4. Unwritten law Called Common law and its Secretive custom! Not Permitted by Congress

5. and Because Congress enacts law and Bills which then the President of U.S. Signs or Vetos

6. Congress Defines punishment Not Courts. Congress Defines offenses Not Courts.

Not guilty is my plea!

Dishonored you have a Choice on Doing right, Just, Proper, and to interpret Realistic law if you still carry Bad Behavior, and faith upon a affedavit on its oath in Covenant with Congress (Legislature) and you pursuant thereof on facts of a Violation Breach of law, Right, Duty, injury or Rape!

in which i Did Not Do any of the above the Jury will be on Oath on its facts and Base and its relevant evidence

You will have a Subpeona in your Mailbox for a Wrongful Conviction, and Violation arrest, Imprisonment And report.

This Clearly, plainly is enough Grounds for a Suit of action!

# Facts of 15 Crimes-Lawsuit

1. Malicious Report
2. Defamation
3. Malicious Indictment
4. Malicious Arrest
5. Malicious Imprisonment
6. Probable Cause. NO
7. False True Bill         NO

8. Threats, Intimidation

9. Base Offense No Evidence of Distribution

10. Malpractice by Rafael Villarreal on Not giving Such Knowledge

Multiple Sentence triggering Double Jeopardy (Clause)
Capital punishment
Cruel and unusual punishment    us.
Bill of attainder Protected by Constitution

    1      2      3      4
Kidnapping, abduction, trafficking, Slavery
5 Involuntary Servitude

Which is Proven by legitiment facts on its Base of law, CFR, Commerce, lawyers and attorney's profession which was (Clandestine.)
Thank you for your time and consideration.





THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016