| PROB 12C-2<br>(Rev. 08/18) | **VIOLATION REPORT Emergency Warrant Request** | **U. S. Probation Office**<br>Eastern District of Michigan | PACTS<br>36799 | DATE<br>05/29/2020 |
|---|---|---|---|---|
| **NAME**<br>GOSSMAN, Sean Paul | | **OFFICER**<br>Corey D. Elder | **JUDGE**<br>Robert H. Cleland | **DOCKET #**<br>13-CR-20402-01 |

| ORIGINAL SENTENCE DATE<br>04/17/2014 | SUPERVISION TYPE<br>Supervised Release | CRIMINAL HISTORY CATEGORY<br>II | TOTAL OFFENSE LEVEL<br>30 | PHOTO |
|---|---|---|---|---|
| COMMENCED<br>05/22/2020 | | | | |
| EXPIRATION<br>05/21/2025 | | | | |

| **ASST. U.S. ATTORNEY**<br>Matthew A. Roth | **DEFENDANT ATTORNEY**<br>Wanda Cal |
|---|---|

**REPORT PURPOSE**

**EMERGENCY JUDICIAL RESPONSE REQUESTED**

**ORIGINAL OFFENSE**

Count 1:  18 U.S.C. §§ 2252A(a)(2) and 2252A(b)(1), Receipt of Child Pornography;

Count 2: 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2), Possession of Child Pornography

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 84 months as to Count 1 and one day, time served as to Count 2 to run concurrent, to be followed by a five-year term of supervised release as to each count, to run concurrent with one another.

Modification: August 29, 2019
Special condition added, "You will reside in a Residential Reentry Center (RRC) for up to 180 days to establish income and appropriate housing.  You must follow the rules and regulations of the center. Subsistence is waived."

Modification: November 18, 2019
Special condition added, "You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). If necessary."

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall participate in a program approved by the probation department for substance abuse which program may include testing to determine if the defendant has reverted to the use of drugs or alcohol. If necessary.

| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT Emergency Warrant Request** | **U. S. Probation Office** Eastern District of Michigan | PACTS 36799 | DATE 05/29/2020 |
|---|---|---|---|---|
| NAME GOSSMAN, Sean Paul | OFFICER Corey D. Elder | JUDGE Robert H. Cleland | DOCKET # 13-CR-20402-01 | |

2. The defendant shall successfully complete any sex offender diagnostic evaluations, treatment or counseling programs, and polygraph examinations as directed by the probation officer. Reports pertaining to sex offender assessments, treatment, and polygraph examinations shall be provided to the probation officer. Based on the defendant's ability to pay, the defendant shall pay the cost of diagnostic evaluations, treatment or counseling programs, and polygraph examinations in an amount determined by the Court and recommended by the probation officer.
3. The defendant shall not associate with minor children under the age of 18, except his own children. Any contact with a minor, other than defendant's own, must be in the presence of a responsible adult who is aware of the nature of defendant's background and current offense, and who has been approved by the probation officer. The defendant shall not frequent places where children congregate on a regular basis (such as but not limited to school grounds, playgrounds, child toy stores, video arcades, etc.).
4. The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he resides, works, is a student, or was convicted of a qualifying offense.
5. The defendant shall provide the probation officer with accurate information about all computer systems (hardware/software), all passwords, and Internet Service Provider(s) that have potential and/or reasonable access to and abide by all rules of the U.S. Probation Department's Computer Monitoring Program. The defendant shall only access a computer approved by the U.S. Probation Department. The defendant shall consent to the probation officer conducting periodic unannounced examinations of all computer systems, which may include computer monitoring software at the defendant's expense. For the purpose of accounting for all computers, hardware, software and accessories, the defendant shall submit his person, residence, computer and/or vehicle to a search conducted by the U.S. Probation Department at reasonable times and manners. Defendant shall inform any other residents that the premises and their computer may be subject to a search pursuant to this condition. The defendant shall provide the probation officer with access to any requested financial information including billing records (telephone, cable, Internet, satellite, etc.).
6. The defendant shall not purchase, sell, view, or possess images, in any form of media or live venue that depict pornography, sexually explicit conduct, child erotica, or child nudity. The defendant shall not patronize any place where such material or entertainment is available.
7. The defendant shall access the Internet only through one Internet-capable device. All other Internet-capable devices, such as cellular phones and gaming consoles, shall not have the Internet connected. The defendant is prohibited from accessing any online computer service at any location including, but not limited to, public libraries, Internet cafes, and places of employment or education without the permission of the probation officer.

Criminal Monetary Penalty:  Special Assessment $200.00 ($175.00 balance).

| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT** Emergency Warrant Request | **U. S. Probation Office** Eastern District of Michigan | PACTS 36799 | DATE 05/29/2020 |
|---|---|---|---|---|
| **NAME** GOSSMAN, Sean Paul | **OFFICER** Corey D. Elder | **JUDGE** Robert H. Cleland | | **DOCKET #** 13-CR-20402-01 |

The probation officer believes that the offender has violated the following conditions of Supervised Release:

[ ] New Criminal Charges                [ ] Violent Conduct

[ X ] Whereabouts Unknown (Absconder)   [ ] Other

**Violation of Standard Condition**: "YOU MUST LIVE AT A PLACE APPROVED BY THE PROBATION OFFICER.  IF YOU PLAN TO CHANGE WHERE YOU LIVE OR ANYTHING ABOUT YOUR LIVING ARRANGEMENTS (SUCH AS THE PEOPLE YOU LIVE WITH), YOU MUST NOTIFY THE PROBATION OFFICER AT LEAST 10 DAYS BEFORE THE CHANGE.  IF NOTIFYING THE PROBATION OFFICER IN ADVANCE IS NOT POSSIBLE DUE TO UNANTICIPATED CIRCUMSTANCES, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF BECOMING AWARE OF A CHANGE OR EXPECTED CHANGE."

On May 28, 2020, at approximately 4:08 a.m., GOSSMAN left his residence prior to his 8:00 a.m. curfew and did not return at the required 9:00 p.m. curfew.  As of the writing of this report he has not returned to his residence, his whereabouts are unknown, and he is considered absconded.

**Violation of Special Condition**: "YOU WILL BE MONITORED BY THE FORM OF LOCATION MONITORING TECHNOLOGY AT THE DISCRETION OF THE PROBATION OFFICER FOR A PERIOD OF 180 CONSECUTIVE DAYS AND YOU MUST FOLLOW THE RULES AND REGULATIONS OF THE LOCATION MONITORING PROGRAM.  YOU ARE RESTRICTED TO YOUR RESIDENCE AT ALL TIMES EXCEPT FOR EMPLOYMENT; EDUCATION; RELIGIOUS SERVICES; MEDICAL; SUBSTANCE ABUSE OR MENTAL HEALTH TREATMENT; ATTORNEY VISITS; COURT APPEARANCES; COURT-ORDERED OBLIGATIONS OR OTHER ACTIVITIES AS PRE-APPROVED BY THE PROBATION OFFICER."

GOSSMAN has not followed the rules of the Location Monitoring Program (LMP) as explained to him on May 26, 2020.  On May 28, 2020, he did not abide by the schedule established for him by the probation department. Subsequently he has not complied with the requirements to maintain the LMP ankle transmitter sufficiently charged.  As of this date at 4:55 a.m., the transmitter has exhausted all battery power and is no longer transmitting his location.

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Corey D. Elder/lat (734) 741-2051 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Ann R. Smith (734) 741-2076 | **PROBATION ROUTING** Data Entry |

Page **3** of **4**

| PROB 12C-2<br>(Rev. 08/18) | **VIOLATION REPORT** Emergency<br>**Warrant Request** | **U. S. Probation Office**<br>Eastern District of Michigan | PACTS<br>36799 | DATE<br>05/29/2020 |
|---|---|---|---|---|
| **NAME**<br>GOSSMAN, Sean Paul | **OFFICER**<br>Corey D. Elder | **JUDGE**<br>Robert H. Cleland | | **DOCKET #**<br>13-CR-20402-01 |

**RECOMMENDING TO THE COURT**

[ X ]   To issue a warrant

## Superseding Violation Report will follow

**THE COURT ORDERS:**

[ xx ]   The issuance of a Warrant

[  ]   Other

          s/Robert H. Cleland
          United States District Judge

          May 29, 2020
          Date