UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                        Criminal Case No. 13-20402

SEAN GOSSMAN,

    Defendant.

                                                      /

**ORDER GRANTING AN EXTENSION OF TIME TO COMPLETE
A PSYCHOLOGICAL EVALUATION OF DEFENDANT**

On February 19, 2021, the court ordered that Defendant Sean Gossman be transferred to "a suitable facility for [a] psychiatric or psychological examination" and that a written copy of the resulting report be filed with the court. (ECF No. 56.)

The court recently received a letter from J.F. Williams, the Warden of FCI Englewood, dated May 17, 2021. (Ex. 1.) The letter indicates that Defendant was transferred to FCI Englewood on April 23, 2021. Due to COVID-19 quarantine requirements necessitated by the transfer, the letter requests that the Bureau of Prisons ("BOP") be granted additional time to complete the ordered evaluation. The letter states that the 30-day study is expected to be completed by June 7, 2021, and that a copy of the evaluation will be sent to the court by June 21, 2021.

The parties both stipulate to the requested extension, and the court finds the unique circumstances created by the COVID-19 pandemic justify such an extension. Accordingly,

IT IS ORDERED that the Bureau of Prisons is granted additional time to complete the ordered psychiatric or psychological evaluation. A copy of the report shall be submitted to the court by **June 21, 2021**.

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: June 7, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 7, 2021, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Criminal\13-20402.GOSSMAN.OrderExtendPhyscEval.AAB.docx

2