MIE 1A  
Revised 08\18

Order of the Court to Continue Supervision

**UNITED STATES DISTRICT COURT**  
for the  
**Eastern District of Michigan**

UNITED STATES OF AMERICA

      v.

GOSSMAN, Sean Paul                      Crim. No.:  13-CR-20402-01

On 05/29/2020, the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violations of supervision.  The issues of the violations were heard in Court on 09/08/2021, and the Court made the following findings:

  X    Guilty of violating conditions of supervision.  The following special conditions of supervision are added.

"You must take all mental health medications that are prescribed by your treating physician in the manner and dosage prescribed."

"You must reside in a Residential Reentry Center (RRC) for 180 days. You must follow the rules and regulations of the center. Subsistence is waived."

                                                                     Respectfully submitted,

                                                                     s/Corey D. Elder  
                                                                     Senior U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above, it is ordered that supervision is continued with the addition of these special conditions pending sentencing on the violation.  All conditions imposed at the time of original sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 10th Day of September , 2021.

                                                                     s/Robert H. Cleland  
                                                                     Robert H. Cleland  
                                                                     United States District Judge